# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| JASMINE VIVEROS and ELSY QUIJADA, <br> **Plaintiff,** <br><br> v. <br><br> GET CERTIFIED AMERICA!, LLC, <br> **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) <br> Case No.: 3:25-cv-00393-MMH-SJH |

## PLAINTIFF'S NOTICE OF DESIGNATING KYLE J. LEE AS LEAD COUNSEL

NOTICE IS HEREBY given that Plaintiff designates Kyle J. Lee as lead counsel. The undersigned counsel requests that all pleadings, notices, correspondence, and other papers in this matter be directed to him as lead counsel at the address listed below.

Dated this April 15, 2025

                                               Respectfully submitted by:

                                               ***/s/ Kyle J. Lee***
                                               Kyle J. Lee, Esq.
                                               LEE LAW, PLLC
                                               Florida Bar No. 105321
                                               E-mail: kyle@kyleleelaw.com

1971 W. Lumsden Rd. Ste. 303
Brandon, Florida 33511
Telephone:   813-343-2813
Facsimile:   813-343-2813
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this April 15, 2025, a true and correct copy of the foregoing *Plaintiff's Notice of Designating Kyle J. Lee as Lead Counsel* was filed with the Clerk of Court via CM/ECF filing system, which will provide a copy to all counsel of record.

*/s/ Kyle J. Lee*
Attorney