UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| JASMINE VIVEROS and ELSY QUIJADA, **Plaintiff,**<br><br>v.<br><br>GET CERTIFIED AMERICA!, LLC,<br>**Defendant.**<br>_____ | )<br>)<br>)<br>)<br>)<br>) Case No.: 3:25-cv-00393-MMH-<br>) SJH<br>)<br>)<br>)<br>) |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

☒ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

**DATED this April 15, 2025.**

Respectfully submitted,

***/S/ Kyle J. Lee***
Kyle J. Lee, Esq.

FLBN: 105321
LEE LAW, PLLC
1971 West Lumsden Road, Suite 303
Brandon, Florida 33511
Telephone: (813) 343-2813
Kyle@KyleLeeLaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via CM/ECF, on April 15, 2025.

*/S/ Kyle J. Lee, Esquire*
Kyle J. Lee, Esquire