# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| JASMINE VIVEROS and ELSY QUIJADA,<br>    **Plaintiff,**<br><br>v.<br><br>GET CERTIFIED AMERICA!, LLC,<br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case Number: 3:25-cv-00393-MMH-SJH |

## SUMMONS IN A CIVIL ACTION

To: **GET CERTIFIED AMERICA!, LLC**
    7901 4th ST N 300 ST. PETERSBURG, FL 33702.

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kyle James Lee, Esq.
Lee Law, PLLC
1971 West Lumsden Road
Suite 303
Brandon, Florida 33511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*ArlineAzconaJohnson*

Date: April 16, 2025

_____
*Signature of Clerk or Deputy Clerk*