# VERIFIED RETURN OF SERVICE

**Client Info:**

Lee Law, PLLC
6530 Tampa Executive Airport Road,
Suite 227
Tampa, FL  33610

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | UNITED STATES DISTRICT COURT |
| JASMINE VIVEROS & ELSY QUIJADA | Court Division: MIDDLE DISTRICT OF FLORIDA |
| -versus- | |
| **DEFENDANT:** | County of JACKSONVILLE DIVISION State: _____ |
| GET CERTIFIED AMERICA!, LLC | Court Case # **3:25-cv-00393-MMH-SJH** |

**Service Info:**

**Received by Richard Abbazia: on April, 17th 2025** at **08:15 PM**
**Service:** I Served **GET CERTIFIED AMERICA!, LLC**
With: **Summons and Complaint and Demand for Jury Trial**
by leaving with **Nadine Rodriguez, REGISTERED AGENT**

**At Business 7901 4TH STREET NORTH #300 SAINT PETERSBURG, FL 33702**
On **4/18/2025** at **12:43 PM**
**Manner of Service: CORPORATE LLC**
PURSUANT TO F.S. Ch. 48.062

**Served Description:  (Approx)**

Age: **30**, Sex: **Female**, Race: **Hispanic**, Height: **5' 7"**, Weight: **175**, Hair: **Black** Glasses:  **Yes**

I **Richard Abbazia** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

**Richard Abbazia**
Lic # **APS13460**

**Accurate Serve**
PO Box 5141
Lakeland, FL 33807
Phone: (863) 873-6691

Our Job # **77511**





DATE: 4/18/2025 TIME: 12:43 PM
MILITARY: NA
MARITAL STATUS: NA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| JASMINE VIVEROS and ELSY QUIJADA, **Plaintiff,** | ) ) ) ) |
| v. | ) ) Case Number: 3:25-cv-00393-MMH-SJH |
| GET CERTIFIED AMERICA!, LLC, **Defendant.** | ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: **GET CERTIFIED AMERICA!, LLC**
   **7901 4th ST N 300 ST. PETERSBURG, FL 33702.**

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kyle James Lee, Esq.
Lee Law, PLLC
1971 West Lumsden Road
Suite 303
Brandon, Florida 33511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: April 16, 2025

_____
*Signature of Clerk or Deputy Clerk*